■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON B. OSGOOD, Appellant. (Appeal No. 1.) [960 NYS2d 682]—Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), rendered November 18, 2010. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the second degree, criminal contempt in the first degree,

criminal contempt in the second degree and unauthorized use of a vehicle in the third degree.

It is hereby ordered that said appeal is unanimously dismissed (*see People v Allen*, 93 AD3d 1341 [2012], *lv denied* 19 NY3d 956 [2012]). Present—Smith, J.P., Peradotto, Carni, Valentino and Martoche, JJ.